UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Peter John Grzeskowiak,

Plaintiff,

Civil No. 00-30 (RHK/AJB)

vs.

**ORDER**

Tammy Prestin, "Dentist," and "Dental Assistant Colored Man,",

Defendants.

---

This matter is before the Court on the Report and Recommendation of Magistrate Judge Arthur J. Boylan, dated April 20, 2000, recommending summary dismissal pursuant to 28 U.S.C. § 1915A. Plaintiff filed timely objections to the Report and Recommendation and further filed an Amended Complaint.

Based upon the Report and Recommendation of the Magistrate Judge, and upon a de novo review of Plaintiff's Objections and proposed Amended Complaint, together with review of all of the files, records and proceedings herein,

**IT IS ORDERED**, that:

1. Plaintiff's Objections (Doc. No. 11) to the Report and Recommendation are **OVERRULED**, and the Report and Recommendation (Doc. No. 10) is hereby **ADOPTED**.

2. Plaintiff's Amended Complaint (Doc. No. 12) is hereby **DISMISSED WITHOUT PREJUDICE** for failure to comply with the requirements of Local Rules 9.3 and 15.1.

FILED MAY 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAY 15 2000
DEPUTY CLERK

3. Plaintiff's Application to Proceed Without Payment of Fees (Doc. Nos. 3 and 4) is **DENIED**.

4. Plaintiff's Complaint (Docket No. 1) is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1).

5. Plaintiff is required to pay the unpaid balance of the court filing fee in the amount of $130.67, in accordance with 28 U.S.C. § 1915(b)(2).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 15, 2000

RICHARD H. KYLE
United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES: MAY 15 2000

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995