# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Peter John Grzeskowiak

Plaintiff

v.

Tammy Prestin, "Dentist" and
"Dental Assistant Colored Man"

Defendants

Case No. Civil 00-30 RHK/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** the Plaintiff's objections to the Report anRrecommendation are overruled and the Report and Recommendation is hereby adopted. Plaintiff's amended complaint is hereby dismissed without prejudice for failure to comply with the requirements of Local Rules 9.3 and 15.1. Plaintiff's application to proceed without payment of fees is denied. *Plaintiff's complaint is dismissed.* Plaintiff is required to pay the unpaid balance of the court filing fee in the amount of $130.67.

DATE: May 15, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk