UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

PETER J. GRZESKOWIAK,

Plaintiff-Appellant,

v.

TAMMY PRESTIN; DENTIST; DENTAL ASSISTANT, Colored Man,

Defendant-Respondents.

---

Civil No. 00-30 (RHK/AJB)

**ORDER**

By order dated July 21, 2000, (Docket No. 16), the Court of Appeals remanded this matter to the District Court for the purpose of determining Plaintiff's in forma pauperis ("IFP") status, and to assess the initial partial filing fee, if any, that Plaintiff should be required to pay pursuant to 28 U.S.C. § 1915(b)(1). This cannot be done, however, unless Plaintiff submits a new application seeking leave to proceed IFP on appeal. If Plaintiff was a prisoner when he filed his Notice of Appeal, then his IFP application must include financial information, certified by an authorized prison official, showing the average monthly balance of Plaintiff's prison trust account during the immediately preceding six-month period, as well as the average monthly deposits for the same period of time. If Plaintiff was not incarcerated when he filed his Notice of Appeal, his IFP application should so advise the Court.

Plaintiff's new IFP application must be filed with the Court within thirty (30) days after the date of this order. The Court will review that application and then determine (a) whether Plaintiff is financially eligible for IFP status, (b) whether the appeal is taken in good faith as required by 28

AUG 01 2000

LOCAL CLERK

JUDGMENT ENTD. ______

DEPUTY CLERK ______

U.S.C. § 1915(a)(3), and (c) the amount, if any, that Plaintiff should be required to pay as an initial appellate partial filing fee. If Plaintiff does not submit a new, properly completed, IFP application within the time allowed, the Court will enter an order denying IFP status on appeal.

Based upon the foregoing, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that within thirty (30) days after the date of this order Plaintiff shall file a new, properly completed, IFP application, failing which he will be denied IFP status on appeal.

Dated: August 1, 2000

RICHARD H. KYLE
United States District Court Judge