Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

Tammy Prestin, "Dentist" and
"Dental Assistant Colored Man"

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** the complaint is dismissed without prejudice.

DATE: November 2, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk